NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

WILLIAM GILBERT STRICKLAND )
)
     Petitioner, )
)
v. )    Case No. 2D18-923
)
CRISANTO C. OXONIAN, as )
Personal Representative of the )
ESTATE OF MARIA I. OXONIAN, )
Deceased; JESSICA LAUREN )
WICKY; and KAREN SMITH )
STRICKLAND, )
)
     Respondents. )
_____ )

Opinion filed August 22, 2018.

Petition for Writ of Certiorari to the
Circuit Court for Pinellas County;
Patricia Ann Muscarella, Judge.

Jeffrey D. Jensen and Lauren D. Morelli
of Unice Salzman Jensen, P.A., Trinity,
for Petitioner.

Dane C. Heptner and Bryan D.
Caulfield of Perenich, Caulfield, Avril &
Noyes, P.A., Clearwater, for
Respondent Oxonian.

No appearance for remaining
Appellees.


PER CURIAM.

     Dismissed.


SILBERMAN, KELLY, and ROTHSTEIN-YOUAKIM, JJ., Concur.